| | | |
|---|---|---|
| People v Heath (James) | App Div, 3d Dept, 6/6/14 (Tompkins) | dismissed 1/24/17 (Abdus-Salaam, J.) |
| People v Henderson | 2d Dept: 142 AD3d 1104 (Orange) | denied 1/19/17 (Abdus-Salaam, J.) |
| People v Hernandez | 2d Dept: 140 AD3d 1187 (Queens) | denied 1/4/17 (Stein, J.) |
| People v Howell | 1st Dept: 143 AD3d 470 (NY) | denied 1/9/17 (Stein, J.) |
| People v Hoppe | App Div, 3d Dept: 2016 NY Slip Op 87811(U) (Broome) | dismissed 1/17/17 (Fahey, J.) |
| People v Houston | 4th Dept: 142 AD3d 1397 (Niagara) | denied 1/30/17 (Abdus-Salaam, J.) |
| People v Huggen | App Term, 1st Dept: 53 Misc 3d 137(A) (NY) | denied 1/11/17 (Stein, J.) |
| People v Huggins | App Term, 1st Dept: 53 Misc 3d 137(A) (NY) | denied 1/11/17 (Stein, J.) |
| People v Ikpemgbe | 1st Dept: 144 AD3d 430 (NY) | denied 1/4/17 (Garcia, J.) |
| People v Illescas | 2d Dept: 139 AD3d 873 (Westchester) | denied reconsideration 1/9/17 (Stein, J.) |
| People v Inoa | App Div, 1st Dept: 2016 NY Slip Op 88161(U) (NY) | denied 1/23/17 (Fahey, J.) |
| People v Ivy | App Div, 4th Dept, 9/7/16 (Erie) | denied reconsideration 1/18/17 (Stein, J.) |
| People v Jackson (Aaron) | 4th Dept: 141 AD3d 1095 (Onondaga) | denied 1/5/17 (Stein, J.) |
| People v Jackson (Arron) | 4th Dept: 141 AD3d 1095 (Onondaga) | denied 1/5/17 (Stein, J.) |
| People v Jackson (Sheree) | 1st Dept: 143 AD3d 404 (Bronx) | denied 1/16/17 (Rivera, J.) |
| People v Jiminez | 1st Dept: 143 AD3d 422 (NY) | denied 1/30/17 (Abdus-Salaam, J.) |
| People v Johnson (Chester) | App Div, 2d Dept: 2016 NY Slip Op 83132(U) (Kings) | denied reconsideration 1/20/17 (DiFiore, Ch. J.) |
| People v Johnson (Tyriek) | 4th Dept: 143 AD3d 1284 (Orleans) | denied 1/4/17 (Garcia, J.) |
| People v Johnston | App Div, 4th Dept, 10/7/16 (Yates) | denied 1/4/17 (Garcia, J.) |
| People v Jones (Jennifer) | 4th Dept: 142 AD3d 1318 (Cayuga) | denied 1/5/17 (Stein, J.) |
| People v Jones (Joseph) | 1st Dept: 143 AD3d 578 (NY) | denied 1/19/17 (Abdus-Salaam, J.) |